AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

**FILED**
**5:10 pm May 13 2026**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Toledo**

United States of America
v.

Christopher Arnold

*Defendant(s)*

Case No. 3:26MJ5217

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 6, 2026 to May 13, 2026 in the county of Lucas in the Northern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18 U.S.C. § 2422(b) | Coercion or Enticement |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

SA Alex Hunt, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: May 13, 2026

*Judge's signature*

City and state: Toledo, OH

Darrell A. Clay, U.S. Magistrate Judge
*Printed name and title*